UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:20-CR-199-1D(2)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER GRANTING DEFENDANT'S** |
| ) | **MOTION TO SEAL MOTION TO** |
| TERESA ANN PARKER, ) | **CONTINUE ARRAIGNMENT AND** |
| a/k/a "Terry" ) | **TRIAL DATE** |
| ) | |
| Defendant. ) | |

The Court has reviewed Defendant Parker's Motion to Seal Defendant's Motion to Continue the Arraignment and Trial Date.

IT IS ORDERED that:

1. Defendant Parker's Motion is GRANTED.

2. The Clerk of Court is directed to file the proposed sealed document as sealed.

DATED this __7__ day of __August__, 2020.

                                             _____
                                             JAMES C. DEVER III
                                             UNITED STATES DISTRICT JUDGE