IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-199-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERESA ANN PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's request to be put on probation [D.E. 115]. Cf. [D.E. 113, 114].

SO ORDERED. This 6 day of November, 2026.

JAMES C. DEVER III
United States District Judge